G.P.M. v. S.M.R.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHELE CAMERON.

March 29, 1985.

Cross-petition for certification granted.

STATE OF NEW JERSEY v. ANDRE MAYS.

March 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY NAPPER.

March 29, 1985.

Petition for certification denied.